1 ANDRÉ BIROTTE JR.
  United States Attorney
2 LEON W. WEIDMAN
3 Assistant United States Attorney
  Chief, Civil Division
4 DENNIS J. HANNA, CSBN 184475
5 Special Assistant United States Attorney
        Social Security Administration
6       333 Market St., Suite 1500
7       San Francisco, CA  94105
        Telephone:  (415) 977-8962
8       Facsimile:  (415) 744-0134
9       Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

11                    UNITED STATES DISTRICT COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
                            EASTERN DIVISION
13

14 BILLY MCHENRY, JR.,                 )  No. 5:11-cv-01439-CW
                                       )
15                                     )
        Plaintiff,                     )  [PROPOSED]
16                                     )  **JUDGMENT OF REMAND**
17           v.                        )
                                       )
18 MICHAEL J. ASTRUE,                  )
19 Commissioner of Social Security,    )
                                       )
20                                     )
        Defendant.                     )
21 _____ )

22

23       The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

25 ("Stipulation to Remand") lodged concurrent with the lodging of the within

26 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

27 **DECREED** that the above-captioned action is remanded to the Commissioner of

28 Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 14, 2012                    _____
                                                      */s/*
                                          HON. CARLA M. WOEHRLE
                                          UNITED STATES MAGISTRATE JUDGE